

NUMBER 13-08-00140-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

HARLINGEN MEDICAL CENTER, L.P.
AND HARLINGEN HOSPITAL
MANAGEMENT, INC.,                                             **Appellants,**

**v.**

NOELIA BORJAS,                                                    **Appellee**.

On appeal from the 138th District Court of Cameron County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Benavides**
**Memorandum Opinion Per Curiam**

Appellants perfected an appeal from a judgment entered by the 138th District Court

of Cameron County, Texas, in cause number 2007-08-004248-B. Appellants have filed

an unopposed motion to dismiss the appeal on grounds that the parties have reached an

agreement to compromise and settle their dispute. Appellants requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring them. Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and filed
 this the 12th day of February, 2009.